UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard Ponton

    v.                                          No. 06-fp-025

U.S. Social Security Administration, Commissioner


ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-025-SM.

SO ORDERED.

_____
James R. Muirhead
United States Magistrate Judge

Date:  January 24, 2006

cc:    Raymond J. Kelly, Esq.